10/2008

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE

: Chapter 13 Case No.

    Debtor(s)

**DEBTOR(S) CERTIFICATION OF §1308 FILING OF PRE-PETITION TAX RETURNS**

**I hereby certify that I have filed the following Federal Tax Returns:**

<u>Year</u>    <u>date due</u>    <u>date filed</u>    <u>refund/liability</u>    <u>return not required because:</u>

**I hereby certify that I have filed the following State Tax Returns:**

<u>State</u> <u>Year</u> <u>date due</u> <u>date filed</u>    <u>refund/liability</u>    <u>return not required because:</u>

Date                                                                            Debtor(s)

**Certificate of Service**

    I hereby certify, that on the date that appears below, a copy of the foregoing Certification was faxed (202-362-3487) or mailed, postage prepaid, to: Cynthia A. Niklas, Esq. at 4545 42nd Street, NW, Suite #211, Washington, DC 20016-4623.

Date                                                                            Debtor(s)