UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

**YOURI BEITDASHTOO**

Case No. **12-00722-SMT**
Chapter 13

Debtor

## NOTICE OF COMPLETION OF CHAPTER 13 PLAN

Nancy L. Spencer Grigsby, Chapter 13 Trustee, advises the Court that the above-captioned Debtor has completed all payments required to be paid to the Trustee under the terms of the confirmed plan  The Debtor is not eligible for a discharge in this case, per document #35.

Respectfully submitted,

Date:  June 15, 2017

**/s/ NANCY L. SPENCER GRIGSBY**
Chapter 13 Trustee
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
(301) 805-4700
NGRIGSBY@CH13MD.COM

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Completion was served on this 15th day of June, 2017 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

YOURI BEITDASHTOO
4054 41ST ST N
MCLEAN, VA  22101
*(Debtor)*

DANIEL M PRESS
6718 WHITTIER AVE
SUITE #200
MCLEAN, VA  22101
*(Attorney for the Debtor)*

**/s/ NANCY L. SPENCER GRIGSBY**
NANCY L. SPENCER GRIGSBY